

**IN THE
TENTH COURT OF APPEALS**

———————

**No. 10-19-00443-CR**

**IN RE ALLAN LATOI STORY**

———————

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator Allan Latoi Story petitioned this Court to order the trial court to rule on Story's motion for DNA testing under Chapter 64 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. ch. 64. We requested a response from the respondent and real party in interest but also noted that if a ruling on Story's motion was made before the due date for the response, a copy of the ruling could be provided to the Court in lieu of a response.

The Court was provided a copy of the trial court's ruling on Story's motion. Accordingly, because a ruling has been made, Story's petition for writ of mandamus is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Petition dismissed
Opinion delivered and filed January 15, 2020
Do not publish
[OT06]

